1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  gsgilchrist@townsend.com, glcincone@townsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEVI STRAUSS & CO.,                  | Case No. C 10-3427 CW
12 |              Plaintiff,              | STIPULATION AND ORDER
   |                                      | SELECTING ADR
13 |         v.                           | PROCESS
14 | REVISE CLOTHING, INC.,               |
15 |              Defendant.              |

16

17       Counsel report that they have met and conferred regarding ADR and have reached the

18  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

19       The parties agree to participate in the following ADR process:

20       **Court Processes:**

21            ☐ Non-binding Arbitration (ADR L.R. 4)

22            ☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)

23            ☒ Mediation (ADR L.R. 6)

24       **Private Process:**

25            ☐ Private ADR *(please identify process and provider)*

26

27

28

1  The parties agree to hold the ADR Session by:

2  ☒ The presumptive deadline *(The deadline is 90 days from the date of the order*

3  *referring the case to an ADR process unless otherwise ordered.)*

4  ☐ Other requested deadline

5

6  DATED: October 19, 2010        Respectfully submitted,

7                                 TOWNSEND AND TOWNSEND AND CREW LLP

8
                                  By:  /s/ Gia Cincone
9                                      Gia Cincone
                                       Attorneys for Plaintiff
10                                     LEVI STRAUSS & CO.

11

12 DATED: October 19, 2010        LAW OFFICES OF PATRICK McCARTHY

13
                                  By:  /s/ Patrick McCarthy
14                                     Patrick McCarthy
                                       Attorneys for Defendant
15                                     REVISE CLOTHING, INC.

16

17  IT IS SO ORDERED.

18
   DATED: OCTOBER 25, 2010        _____
19                                Hon. Claudia Wilken
                                  United States District Judge
20  62936373 v1

21

22

23

24

25

26

27

28