1  KILPATRICK TOWNSEND AND STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
5
   Attorneys for Plaintiff LEVI STRAUSS & CO.
6
   GORDON E.R. TROY, PC
7  GORDON E.R. TROY (*Pro Hac Vice*)
   P.O. Box 368
8  Charlotte, VT 05445
   Telephone:  (802) 425-9060
9  Facsimile:  (802) 425-9061
   Email: gtroy@webtm.com
10
11 Attorneys for Defendant REVISE CLOTHING INC.

12                          UNITED STATES DISTRICT COURT

13                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

14
   LEVI STRAUSS & CO.,                      Case No. C 10-3427 CW
15
                  Plaintiff,
16                                          **STIPULATION OF DISMISSAL**
          v.                                **WITH PREJUDICE**
17
   REVISE CLOTHING, INC.,
18
                  Defendant.
19

20        Pursuant to Fed. R. Civ. P. 41(a)(1), the Parties hereby stipulate to the dismissal **with**

21 **prejudice** of this action, including any and all claims and counter-claims asserted therein.  The parties

22 shall bear their own costs, including attorneys' fees.

23 DATED: July 11, 2011         By:    /s/ Gia L. Cincone_____
                                       Gia L. Cincone
24                                     KILPATRICK TOWNSEND AND STOCKTON LLP
                                       Attorneys for Plaintiff LEVI STRAUSS & CO.
25

26
                                By:    /s/ Gordon E.R. Troy__
27                                     Gordon E.R. Troy
                                       GORDON E.R. TROY
28                                     Attorneys for Defendant REVISE CLOTHING, INC.

1 | Based upon the foregoing Stipulation, IT IS SO ORDERED.

2

3 | DATED: __July 12__, 2011             _____
4 | Hon. Claudia Wilken
  | United States District Judge
5 | Northern District of California

63596917 v1

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28